```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| ANGELA DENISE NAILS, | \* |
| Plaintiff, | \* |
| vs. | \* |
| | CASE NO. 4:09-CV-118 (CDL) |
| SYNOVUS FINANCIAL CORP., COLUMBUS BANK & TRUST CO., PRISCILLA MEAD, and STEVE C. EVANS, | \* \* \* |
| Defendants. | \* |

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on February 25, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 18th day of March, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE